# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:** 14-cv-01203-CMA-MJW | FTR - Courtroom A-502 |
| **Date:** July 9, 2014 | Courtroom Deputy, Sabrina Grimm |
| RONALD PLUMMER | Pro se (by telephone) |
| Plaintiff, | |
| v. | |
| LISA MCDERMOTT, DAVID ALLRED, and BRAD CINK, | No Appearance |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**9:32 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.  There is no appearance on behalf of the Defendants.

Discussion regarding service.  Mr. Plummer states the Defendants were served and notice of today's hearing was provided to all Defendants.

**ORDERED:**     Plaintiff's Motion to Compel [20] is GRANTED.  The Clerk is directed to mail a copy of the Local Rules of Practice, including the appendix, to the Plaintiff, Ronald Plummer #696494, Ohio - London Correctional Facility, P.O. Box 69, London, OH 43140.

Discussion regarding eligibility of supervised release.  As Plaintiff is *pro se*, he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and the Local Rules of Practice in the United States District Court for the District of Colorado.

**ORDERED:** Rule 16 Scheduling Conference is set for September 3, 2014 at 1:30 p.m. (MST) before Magistrate Judge Michael J. Watanabe. Plaintiff is required to contact 303-844-2403 at the time of the Scheduling Conference. The parties shall prepare and submit the proposed scheduling order on or before August 29, 2014. The United States Attorney representing the Defendants is directed to file the proposed scheduling order electronically on or before August 29, 2014 since the Plaintiff is not subject to electronic filing.

Discussion regarding waiver of service [19], ex parte communications, and filing of motions.

Court advises Plaintiff's case manager, Sharon Carter, of the hearing scheduled for September 3, 2014 at 1:30 p.m. (MST) and that Plaintiff is required to call in to 303-844-2403 to appear at the hearing telephonically.

**ORDERED:** The Clerk is directed to mail a copy of today's courtroom minutes to Sharon Carter, Case Manager for Ronald Plummer #696494, Ohio - London Correctional Facility, P.O. Box 69, London, OH 43140.

**9:59 a.m.** Court in recess.

Hearing concluded.
Total in-court time: 00:27

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119.