IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01203-CMA-MJW

RONALD PLUMMER,

Plaintiff,

v.

LISA MCDERMOTT,
DAVID ALLRED, and
BRAD CINK,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Vacate Scheduling Conference and Related Deadlines (Docket No. 28) is GRANTED for good cause shown. The Scheduling Conference set for September 3, 2014, at 1:30 p.m. is VACATED.

Date: August 27, 2014