IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01203-CMA-MJW

RONALD PLUMMER,

Plaintiff,

v.

LISA MCDERMOTT,
DAVID ALLRED, and
BRAD CINK,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Stay (Docket No. 45) is GRANTED.

The Supreme Court established that evaluating the defense of immunity is a threshold issue, and "[u]ntil this threshold immunity question is resolved, discovery should not be allowed." *Siegert v. Gilley*, 500 U.S. 226, 233 (1991); *Workman v. Jordan*, 958 F.2d 332, 336 (10th Cir. 1992). Therefore, all proceedings in this case will be stayed pending the resolution of both (1) Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Docket No. 44) and (2) Plaintiff's Motion Requesting Summary Judgment (Docket No. 42). The parties shall file responses to these motions as well as any replies in accordance with Local Civil Rule 7.1(d).

Date: October 1, 2014