IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01203-CMA-BNB

RONALD PLUMMER,

    Plaintiff,

v.

LISA McDERMOTT,
DAVID ALLRED, and
BRAD CINK,

    Defendants.

---

## ORDER AFFIRMING SEPTEMBER 23, 2014 RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the September 23, 2014 Recommendation by United States Magistrate Judge Michael J. Watanabe that the Federal Bureau of Prisons' Motion to Reconsider Granting Plaintiff *In Forma Pauperis* (Doc. # 32) be denied.[1]  (Doc. # 39.)  The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 39.)  Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

---

[1] Judge Watanabe's recommendation also addresses Defendants' Motion for Second Extension of Time. (Doc. # 37.)  However, because that motion is nondispositive, this Court need not review the portion of the recommendation denying that motion.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendant's Motion and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 39) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that the Federal Bureau of Prisons' Motion to Reconsider Granting Plaintiff *In Forma Pauperis* (Doc. # 32) is DENIED.

DATED: October  20 , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge