**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01203-CMA-MJW

RONALD PLUMMER,

     Plaintiff,

v.

LISA MCDERMOTT,
DAVID ALLRED, AND
BRAD CINK,,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion to Dismiss of Judge Christine

M. Arguello entered on February 27, 2015 it is

ORDERED that Defendants' Motion to Dismiss (Doc. # 44) is GRANTED, and

1. Count 1 against Defendant Cink is DISMISSED WITHOUT PREJUDICE;  2. Count 2

against Defendants McDermott and Allred is DISMISSED WITHOUT PREJUDICE.

Accordingly, this case is DISMISSED in its entirety. It is

Dated at Denver, Colorado this 27th day of February, 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk